# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

QUINTON JACKSON

NO. 2019 KW 1493

DEC 2 3 2019

In Re:     Quinton Jackson, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           37611.

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED.

AHP
WIL

    **Higginbotham, J.,** dissents and would grant the writ application. Louisiana District Court Rules, Rule 14.0(a) requires the clerk of court to allot all criminal cases randomly. The Louisiana Supreme Court has found that due process is met when capital and other felony cases are required to be allotted for trial on a random or rotating basis under a procedure adopted by the court, which does not vest the district attorney with power to choose the judge to whom a particular case is assigned. **State v. Nunez,** 2015-1473 (La. 1/27/16), 187 So.3d 964, 969-70. While I recognize "[a]n allotment procedure does not violate due process principles or the requirements of La. Dist. Ct. Rule 14 by merely being susceptible to manipulation," 187 at 972, I find relator pointed to actual manipulation in the allotment process as applied in his case.

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT